**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7623**

MINYARD CASS DAVIS,

                    Plaintiff - Appellant,

          v.

DAVE SIMONS; WILLIE BHAGIRATH; D. V. PERRY; R. WHITEHEAD;
LIEUTENANT ELLIS; TAMARA EVERETTE; A. CASPER; JEFFREY
MILTON; L. SUTTON,

                    Defendants - Appellees.


Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:13-cv-00522-RAJ-LRL)


Submitted:  February 12, 2015       Decided:  February 19, 2015


Before MOTZ, WYNN, and FLOYD, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Minyard Cass Davis, Appellant Pro Se.   Lisa Ehrich, Anne
Catherine Lahren, Jeff W. Rosen, PENDER & COWARD, PC, Virginia
Beach, Virginia, for Appellees.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Minyard Cass Davis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Simons, No. 2:13-cv-00522-RAJ-LRL (E.D. Va. Sept. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED